

**PELTON GRAHAM** LLC

ADVOCATES FOR JUSTICE

May 23, 2024

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA CM/ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**   *Amigon, et al. v. Safeway Construction Enterprises LLC, et al.*
              <u>Civil Action No. 20-cv-05222 (OEM)(PK)</u>

Dear Magistrate Judge Kuo:

      This firm represents the plaintiffs in the above-referenced action. We write, on behalf of all parties, to supplement the Motion for Preliminary Approval of Class Settlement (Dkt. Nos. 65-67). The Settlement Agreement that was filed simultaneously with the Motion (Dkt. No. 66-2) had not been signed by all defendants. All parties have now executed the attached Settlement Agreement, which we respectfully submit for Your Honor's review and approval.

      We appreciate Your Honor's attention to this matter.

                                          Respectfully submitted,

                                          */s/ Brent. E. Pelton*

                                          Brent E. Pelton, Esq. of
                                          PELTON GRAHAM LLC

cc:    All Counsel (via ECF)