**PELTON GRAHAM LLC**
Brent E. Pelton
Taylor B. Graham
Kristen E. Boysen
111 Broadway, Suite 1503
New York, NY 10006
(212) 385-9700

*Attorneys for Plaintiff, the FLSA Collective and Settlement Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTONIO AMIGON, Individually and on Behalf of All Others Similarly Situated,<br><br>**Plaintiff,**<br><br>-against-<br><br>SAFEWAY CONSTRUCTION ENTERPRISES, LLC and STEVEN CESTARO, Jointly and Severally,<br><br>**Defendants.** | Case No. 20-cv-05222 (PK) |

**NOTICE OF PLAINTIFF'S MOTION FOR**
**FINAL APPROVAL OF FLSA COLLECTIVE AND CLASS SETTLEMENT AND FOR APPROVAL OF CLASS COUNSEL'S FEES AND COSTS**

PLEASE TAKE NOTICE that, upon the annexed declaration of Brent E. Pelton, Esq., sworn to May 27, 2025, the exhibits annexed thereto, the annexed declaration of Laura Singh, the exhibits annexed thereto, the accompanying memorandum of law in support of the Plaintiff's motion for final approval of the settlement agreement ("Motion for Final Approval"), and all the pleadings and proceedings heretofore had herein, the undersigned moves this Court, before the Honorable Peggy Kuo, United States Magistrate Judge, in the United States

District Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order:

(1) granting final approval of the FLSA collective and NYLL class settlement reached by the parties in this action as embodied in their Joint Stipulation of Class and Collective Settlement Agreement and Release (Dkt. No. 68);

(2) granting service awards to the Named Plaintiff in the amount of $10,000.00 and $2,500.00 to each of the four (4) Opt-in Plaintiffs who were deposed (i.e., John O'Rourke, William Dulmage, Anthony Conceicao and John Certo), in recognition of the services they rendered on behalf of the class;

(3) awarding Class Counsel's attorneys' fees of one-third (1/3) of the Gross Settlement Amount and reimbursement of litigation expenses in the amount of $7,855.48;

(4) awarding Settlement Administrator's fees of $10,250.00; and

(5) granting any such other and further relief as the Court may deem just and proper.

For the Court's convenience, attached hereto as **Exhibit 1** please find Plaintiff's [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF FLSA COLLECTIVE AND CLASS SETTLEMENT AND APPROVAL OF CLASS COUNSEL'S FEES AND COSTS.

Dated:  New York, New York
       May 27, 2025                                              Respectfully submitted,

**PELTON GRAHAM LLC**

By: /s/*Brent E. Pelton*
Brent E. Pelton
Taylor B. Graham
Kristen E. Boysen
111 Broadway, Suite 1503
New York, New York 10006
Telephone: (212) 385-9700

Facsimile: (212) 385-0800

*Attorneys for Plaintiff, the FLSA Collective and Settlement Class*

Case 1:20-cv-05222-PK   Document 77   Filed 05/27/25   Page 3 of 3 PageID #: 632